UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

JOSE DELEON and MANUEL PARA,

          *Plaintiffs*,

   -against-

THEY CITY OF NEW YORK, JOHN and
JANE DOES 1-3 et al.,

          *Defendants*.

-------------------------------------------------------------X

15 Civ. 2738 (PAC)

**OPINION & ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-4-15

HONORABLE PAUL A. CROTTY, United States District Judge:

On April 5, 2015, Plaintiffs Jose Deleon and Manuel Para sued the City of New York and unnamed NYPD officers, alleging excessive use of force, false arrest, due process violations, and denial of their right to a fair trial. Dkt. 1. On July 6, 2015, Defendants answered the complaint. Dkt. 6. On September 8, 2015, Plaintiffs moved to file an amended complaint naming additional defendants. Dkt. 9. The Court denied the motion as untimely because, pursuant to Local Civil Rule 83.10(6), amendments naming new defendants must be made within six weeks after the first defendant files its answer absent leave of the Court. Dkt. 12.

Plaintiffs move for reconsideration. "Motions for reconsideration are governed by Local Rule 6.3 and are committed to the sound discretion of the district court." *Pasternack v. Lab. Corp. of America*, No. 10 cv 4426 (PGG), 2014 WL 4832299, at *9 (S.D.N.Y. Sept. 29, 2014) (internal quotation marks omitted). Reconsideration is granted only due to "an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice." *Virgin Atl. Airways, Ltd. v. Nat'l Mediation Bd.*, 956 F.2d 1245,

1

1255 (2d Cir. 1992).

Plaintiffs have not identified an intervening any change of law, new evidence or clear error. The motions for reconsideration and for leave to amend are DENIED. The Clerk of Court is directed to terminate the motion at Docket 15.

Dated: New York, New York
December [4], 2015

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge